UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER SLAVENS ) | Case Number: 09-5767 |
| Plaintiff, ) | |
| ) | CIVIL COMPLAINT |
| vs. ) | |
| ASSET ACCEPTANCE, LLC ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Jennifer Slavens, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
    Bruce K. Warren, Esquire
    Attorney for Plaintiff
    Attorney I.D. #89677
    Warren & Vullings, LLP
    1603 Rhawn Street
    Philadelphia, PA  19111
    215-745-9800